# United States District Court
## Violation Notice

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR | F5509582 | MOHASERI | 2577 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07/18/2025 1608 | 36 CFR 261.11 (d) |

Place of Offense: FSR 4606

Offense Description: Factual Basis for Charge — HAZMAT ☐

LEAVING REFUSE IN AN UNSANITARY MANNER

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HUTCHENS | CRAIG | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**A ☒** APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B ☐** APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

MA

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 63360 NW BRITTA BEND OR 97701

Date (mm/dd/yyyy): _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*F5509582*    FS-5300-4 (7/2022)

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

☒ SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/18/25    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/06/2025 15:27